## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: March 28, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

___

Civil Action No. 11-cv-02515-RPM

| | |
|---|---|
| YOLANDA HANSON, | Robert M. Liechty |
| Plaintiff, | |
| v. | |
| COLORADO JUDICIAL DEPARTMENT, | Stephanie L. Scoville |
| 4TH JUDICIAL DISTRICT PROBATION DEPARTMENT, | Jeannette W. Kornreich |
| Defendant. | |

___

## COURTROOM MINUTES
___

**Hearing on Motion for Summary Judgment**

**10:28 a.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks.

Argument by Mr. Liechty.

**Court's findings of fact and conclusions of law made as stated on record.**

**ORDERED:**     **Motion for Summary Judgment [12], is granted.**

**10:43 a.m.**     **Court in recess.**

Hearing concluded. Total time: 15 min.