IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02515-RPM

YOLANDA HANSON,

    Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, 4th JUDICIAL DISTRICT PROBATION DEPARTMENT,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Summary Judgment entered by Senior District Judge Richard P. Matsch today, it is

ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is granted. The complaint and this civil action are dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

Dated: March 28th, 2013

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, Clerk

                                                  s/M. V. Wentz
                                      By_____
                                                       Deputy